clearly presented to the jury, if defendant's counsel wished a further charge on the point of contributory negligence, he might have made an appropriate request for such instruction. In the absence of such request, no error appears. We cannot say that the verdict of $1,250 is excessive. The judgment and order of the County Court of Queens County are therefore unanimously affirmed, with costs.

FAULHABER, Appellant, v. KLINE, Respondent. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by George E. Faulhaber against George C. Kline. L. E. Ginn, of New York City, for appellant. Daniel E. Hanlon, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

FAUST, Appellant, v. GOLDEN, Respondent. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by William P. Faust against William Golden. No opinion. Order affirmed, with $10 costs and disbursements.

FAY, Respondent, v. SCHENECTADY RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by Dudley H. Fay, infant, by guardian, etc., against the Schenectady Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG and LYON, JJ., vote to reduce the verdict to $12,000.

FEIGL, MORAVEK & CO. v. FEIGL. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Feigl, Moravek & Co. against Ernst Feigl. No opinion. Motion denied, with $10 costs. Order filed. See, also, 149 N. Y. Supp. 1081.

FEIGL, MORAVEK & CO., Respondent, v. FEIGL, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Feigl, Moravek & Co. against Ernst Feigl. A. D. Lind, of New York City, for appellant. S. Leavitt, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 149 N. Y. Supp. 1081.

FILKINS, Respondent, v. WOHLBERG, Appellant. (Supreme Court, Appellate Division, Second Department. October 30, 1914.) Action by Eliza J. Filkins against John Wohlberg. No opinion. Interlocutory judgment affirmed, with costs.

FIRST COMMERCIAL BANK OF PONTIAC v. VALENTINE et al. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by the First Commercial Bank of Pontiac against Moses M. Valentine and another. No opinion. Motion granted; questions certified; order filed. See, also, 155 App. Div. 91, 139 N. Y. Supp. 1037; 163 App. Div. 709, 148 N. Y. Supp. 792.

FIRST NAT. BANK OF BINGHAMTON, Respondent, v. BAKER et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by the First National Bank of Binghamton against Ervin D. Baker and others, impleaded with another. For former opinion, see 163 App. Div. 72, 148 N. Y. Supp. 372.

PER CURIAM. Motion for leave to appeal to Court of Appeals granted, and question certified as follows: Does the complaint state facts sufficient to constitute a cause of action?

LYON, J., not sitting.

FIRST NAT. BANK OF DETROIT, MICH., v. HOLLINS et al. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by the First National Bank of Detroit, Mich., against Harry B. Hollins and others.

PER CURIAM. We think that the amended complaint in this action is sufficiently explicit, and that the order directing the service by the plaintiff of a bill of particulars was erroneous. Therefore the order directing the service of the bill of particulars is reversed, with $10 costs and disbursements, and the motion is denied, with $10 costs. See, also, 147 N. Y. Supp. 1111.

FISCH, Respondent, v. FISCH, Appellant. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Sarah R. Fisch against George D. Fisch. M. Brown, for appellant. M. A. Pompan, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FISK v. HOLDING et al. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by Jane W. Fisk against Claude J. Holding, impleaded with another. No opinion. Motion granted. See, also, 163 App. Div. 85, 148 N. Y. Supp. 501.

In re FONDA, J. & G. R. CO. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) In the matter of the application of the Fonda, Johnstown & Gloversville Railroad Company, under section 174 of the Railroad Law (Consol. Laws, c. 49), for the appointment of three commissioners to determine whether a street surface railroad ought to